**Order entered March 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01040-CV

### MICHAEL CARY SNOWDEN AND BRENDA ASCENCIO, Appellants

### V.

### BRANDON QUACH, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00955-D**

## ORDER

Before the Court is appellee's March 7, 2019 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **March 14, 2019**.

/s/     KEN MOLBERG
        JUSTICE